# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEREMY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-cv-06535 |
| ) | |
| KAREN RABIDEAU, ) | Judge John R. Blakey, Presiding |
| ) | |
| Defendant. ) | |

## JOINT VOIR DIRE QUESTIONS

1. Do you belong to or participate in any clubs, community groups, organizations, societies, religious or political groups? If so, which ones? What are their purposes? What do you do with the group? Have you ever held any leadership position with any of these groups?

2. Have you or any member of your immediate family ever suffered an injury which you thought was someone else's fault? Did you ever seek compensation from anyone? What happened?

3. Have you ever sued anyone, or been sued by anyone? What happened? Did the case go to trial? What was the result?

4. Do you believe that people who suffer an injury have a right to ask for compensation through the courts?

5. Have you or any member of your immediate family ever been the victim of a crime? If so, was the person caught?

6. Have you, any member of your immediate family, or any friends ever been employed by the Illinois Department of Corrections?

7. Have you or any member of your immediate family ever been employed by any law enforcement agency such as a court, a prosecutor's office, a sheriff's department, or a police department?

8. Have you or anyone you know ever been incarcerated? If so, did you ever discuss their experience? What did they tell you?

9. Have you, family members, or anyone you know ever visited a prison or jail in Illinois? Would anything you learned influence your decision in this case in any way?

10. Have you read any books, magazines, or newspaper articles, viewed any films or television shows, or listened to any radio programs about prisons or jails? Of yes, which ones? Would anything you learned influence your decision in this case in any way?

11. Do you know anything about Stateville Correctional Center?

12. The plaintiff in this case is incarcerated in the Illinois Department of Corrections. At the time this case was filed, he was housed at Stateville Correctional Center. The defendant was a placement officer working at Stateville. Do you believe that you will be able to apply the law fairly and apply the principle that, all people, including prisoners, are equal before the law when you decide this case?

13. Do you think that it is wrong to allow prison inmates to bring lawsuits against employees of the prison challenging the manner in which they do their job?

14. Do you have any opinions regarding what rights an individual should have after they are convicted of a crime and sent to prison? Do you feel that prison inmates have too many rights?

15. If after hearing all of the evidence you conclude that the defendant violated the rights of the plaintiff and that plaintiff suffered injuries as a result, would you be able to award plaintiff money damages, knowing that he is a prisoner?

16. What other jobs and employers have you had during your working life?

17. Please provide employment information for your spouse or any others who live with you, and any adult children (even if not living with you):

18. Are you acquainted with any of the following individuals: Jeremy Anderson, Karen Rabideau, Alice Fitzgerald, Virginia Garcia. If so, please state the nature and extent of your relationship.

19. Do you know or have you ever had any dealings with the following law firms or attorneys: Burke, Warren, Mackay & Serritella, P.C., Nicholas Gowen, Adrian Atwater, Illinois Attorney General's Office, Marrian Daniel, Jocelyn Jordan-Kerzner?

20. Are any of your close family members or friends lawyers? If so, what type of law do they practice?

21. Have you or a close friend or close relative ever been arrested, charged with a crime, convicted of a crime, jailed, or imprisoned? Please provide details, and

state whether that fact would affect your ability to be fair to either side in the case. Follow-up questions can take place outside the presence of other jurors, if you prefer.

22. Have you or a close friend or member of your family ever applied for a job with or worked for a police department, law enforcement agency, correctional institution, or security related business?

23. If the plaintiff fails to prove the things they are required to prove under the law, can you put any feelings of sympathy aside and send the Plaintiff away with no money?

24. Have you or a family member ever testified in court, or in a deposition?

25. Are there any facts or circumstances you believe that the court or the parties should know that might affect your ability to serve as a fair and impartial juror in this case?

26. Have you ever dealt with any state agency? If so, were your experiences positive or negative?

27. If you come to realize after the trial has started that you believe you have a conflict, would you be willing to bring it to the Court's attention?

Dated: August 11, 2023

Respectfully submitted,
JEREMY ANDERSON, *Plaintiff*
By: /s/   Nicholas A. Gowen

Nicholas A. Gowen, #6280123
Adrian Atwater,
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, Suite 2100
Chicago, Illinois 60611
Tel: (312)840-7000 / Fax: (312)840-7900
ngowen@burkelaw.com
aatwater@burkelaw.com
*Counsel for Plaintiff*

KAREN RABIDEAU, Defendant

By: */s/ Marrian M. Daniel*
       MARRIAN M. DANIEL
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor

Chicago, Illinois 60601
(312) 814-4752
Marriam.Daniel@ilag.gov