# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JEREMY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 19-cv-06535 |
| ) | |
| v. ) | |
| ) | Honorable John R. Blakey |
| KAREN RABIDEAU, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S PROPOSED ADDITIONAL JURY INSTRUCTIONS

### PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. 1

### 7.27 COMPENSATORY DAMAGES IN PRISONER CASES

If you find in favor of Plaintiff, then you must determine the amount of money that will fairly compensate Plaintiff for any injury that you find he sustained as a direct result of Defendant's actions.

Plaintiff must prove his damages by a preponderance of the evidence. Your award must be based on evidence and not speculation. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others: The physical and mental and emotional pain and suffering that Plaintiff has experienced. No evidence of the dollar value of physical and mental and emotional pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and suffering. You are to determine an amount that will fairly compensate the Plaintiff for the injury he has sustained.

7th Circuit Pattern Jury Instruction No. 7.27

Given_____ Objected_____ Refused_____

[DEFENDANT OBJECTS ON THE GROUNDS THAT PLAINTIFF, WHEN HE WAS *PRO SE*, DID NOT ALLEGE EMOTIONAL HARM.]

[PLAINTIFF RESPONDS THAT THE COMPLAINT AND ATTACHMENTS ALLEGE THAT PLAINTIFF WAS CONCERNED ABOUT HIS MENTAL WELL-BEING AND REQUESTED THAT HIS MENTAL HEALTH COUNSELOR INTERVENE ON HIS BEHALF. THAT SHOULD BE SUFFICIENT TO PLEAD RECOVERY FOR EMOTIONAL HARM.]

# PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. 2

## 7.28  DAMAGES: PUNITIVE

If you find for Plaintiff, you may, but are not required to, assess punitive damages against Defendant. The purposes of punitive damages are to punish a defendant for her conduct and to serve as an example or warning to Defendant and others not to engage in similar conduct in the future.

Plaintiff must prove by a preponderance of the evidence that punitive damages should be assessed against Defendant. You may assess punitive damages only if you find that her conduct was malicious or in reckless disregard of Plaintiff's rights. Conduct is malicious if it is accompanied by ill will or spite, or is done for the purpose of injuring Plaintiff. Conduct is in reckless disregard of Plaintiff's rights if, under the circumstances, Defendant simply did not care about Plaintiff's safety.

If you find that punitive damages are appropriate, then you must use sound reason in setting the amount of those damages. Punitive damages, if any, should be in an amount sufficient to fulfill the purposes that I have described to you, but should not reflect bias, prejudice, or sympathy toward any party. In determining the amount of any punitive damages, you should consider the following factors:

- the reprehensibility of Defendant's conduct;
- the impact of Defendant's conduct on Plaintiff;
- the relationship between Plaintiff and Defendant;
- the likelihood that Defendant would repeat the conduct if an award of punitive damages is not made;
- the relationship of any award of punitive damages to the amount of actual harm the Plaintiff suffered.

7th Circuit Pattern Jury Instruction No. 7.28

Given_____  Objected_____  Refused_____

[DEFENDANT OBJECTS ON THE GROUNDS THAT PROOF OF DELIBERATE INDIFFERENC HAS NOT BEEN MET.]

[PLAINTIFF RESPONDS THAT THE EVIDENCE WILL ESTABLISH A BASIS FOR A PUNITIVE DAMAGES INSTRUCTION]

Dated: August 11, 2023

JEREMY ANDERSON

*/s/Nicholas A. Gowen*
One of His Attorneys

Nicholas A. Gowen – ARDC No. 6280123
(ngowen@burkelaw.com)
Adrian Atwater
(aatwater@burkelaw.com)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Tel: (312) 840-7088 / Fax: (312) 840-7900