### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY ANDERSON, | ) | |
| Plaintiff, | ) ) ) | Case No. 19-cv-06535 |
| v. | ) ) | Judge John R. Blakey, Presiding |
| KAREN RABIDEAU, | ) ) ) | |
| Defendant. | ) ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   **Warden, Dixon Correctional Center AND United States Marshals Service**
2600 N Brinton Ave
Dixon, IL 61021

     We command that you produce and deliver the body of **JEREMY ANDERSON, Inmate No. K92896, D.O.B.: 7/5/1978, Sex: Male, Race: Black)** now in your custody, to be produced at 8:00 a.m. on September 25, 2023, at the U.S. Marshals Service Lock-Up, 24th Floor, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, for a jury trial at 9:30 a.m. before the Honorable John R. Blakey, United States District Judge, Courtroom 1203, and each succeeding day of trial in the above case, currently estimated to run through September 28, 2023.

     AND FURTHER, that at the termination of the proceeding before this Court, that you return the person to the institution under safe and secure conduct.

     WITNESS: The Honorable John R. Blakey, United States District Judge, Northern District of Illinois, this  7th  day of September, 2023.

THOMAS G. BRUTON, CLERK


_____

(By) DEPUTY CLERK


September 7, 2023


_____

DATE