UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jeremy Anderson
        Plaintiff,

v.
        Case No.: 1:19–cv–06535
        Honorable John Robert Blakey

Karen Rabideau
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

    MINUTE entry before the Honorable John Robert Blakey: Jury deliberation held on 9/28/2023. Plaintiff present in court in custody with the assistance of counsel. Jury verdict reached in favor of Defendant. Enter Verdict. Telephonic status hearing set by agreement for 10/31/2023 at 11:00 a.m. Oral agreed motion to waive the appearance of Plaintiff and Defendant at the next status hearing is granted. Counsel shall call into 877–402–9753 and utilize participant code 9955840. Members of the public granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.